# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **6:18-PO-5075-KLD** |
| | CVB Violation No: |
| Plaintiff, | FAEC004Y - M8 |
| vs. | |
| | ORDER DISMISSING |
| Slater I. Ream, | |
| Defendant. | |

_____

The government has moved to dismiss the above referenced violation notice and to quash the arrest warrant. Accordingly,

**IT IS ORDERED** that violation notice FAEC004Y - M8 is **DISMISSED** and the arrest warrant is **QUASHED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 6th day of August, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

ORDER - PAGE 1